AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

429 Buchanan Street, N.W.
Washington, D.C.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

FILED
MAY 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NUMBER: 06-203 M-01

(Further described below)

I __Special Agent Mark William Duffy__ being duly sworn depose and say:

I am a(n) __Special Agent with U.S. Immigration and Customs Enforcement__ and have reason to believe
(Official Title)

that ☐ on the person of or ☒ on the property or premises known as (name, description and or location)
This residence is a two story beige colored brick row home with an attached attic. The building is identified with the numbers 429 in black and is affixed to a white piece of wood to the right of the front door. The residence is the sixth building in on the North side of Buchanan Street from 5th Street. There are two sets of steps leading to the front door with an open porch outfitted with black wrought iron railings.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
**(See attachment "A" for list of items seized)**

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

concerning a violation of Title __21__ United States Code, Section(s) __841, 952, 960 and 963__. The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.   ☒ YES   ☐ NO

Amy Jeffress
Organized Crimes and Narcotics Trafficking
(202) 514-7624

Signature of Affiant
Mark William Duffy, Special Agent
U.S. Immigration and Customs Enforcement

Sworn to before me, and subscribed in my presence
MAY 0 8 2006
Date   ALAN KAY
U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

at Washington, D.C.

Signature of Judicial Officer

AUSA Amy Jeffress 514-7624