AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

429 Buchanan Street, N.W.
Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER: 06 - 203 M - 01

TO: __Special Agent Mark William Duffy__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Mark William Duffy__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

This residence is a two story beige colored brick row home with an attached attic. The building is identified with the numbers 429 in black and is affixed to a white piece of wood to the right of the front door. The residence is the sixth building in on the North side of Buchanan Street from 5th Street. There are two sets of steps leading to the front door with an open porch outfitted with black wrought iron railings.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

(See attachment "A" for list of items seized)

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____MAY 15 2006_____
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 0 8 2006   at Washington, D.C.

Date and Time Issued   ALAN KAY
U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer   Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/8/2006 | 5/10/2006 1900 | |

**INVENTORY MADE IN THE PRESENCE OF**
SPS. KEELIE MAIDEN

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 MOTOROLA CELL PHONE

NOTHING FOLLOWS

**FILED**
MAY 1 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Mark Duffy_

Subscribed, sworn to, and returned before me this date.

_____
U.S. Judge or U.S. Magistrate Judge

5-17-06
Date